IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

THOMAS AND SANDRA
GUDMUNDSON,

      Appellants,

v.

PROVIDENT FUNDING
ASSOCIATES, LP, ET AL,

      Appellees.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-1675

_____/

Opinion filed May 7, 2015.

An appeal from the Circuit Court for Duval County.
Michael R. Weatherby, Judge.

Thomas R. Pycraft, Jr. of Pycraft Law, LLC, St. Augustine, for Appellants.

Elizabeth R. Wellborn of Elizabeth R. Wellborn, P.A., Deerfield Beach, for Appellees.

PER CURIAM.

      AFFIRMED.

LEWIS, C.J., MARSTILLER, and OSTERHAUS, JJ., CONCUR.